UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

CHOOLJIAN BROS. PACKING CO., INC.,
a California corporation,

Defendant.

NO.   2:25-cv-01526-JHC

ORDER

This matter comes before the Court on Plaintiff's motion for default judgment.  The motion presents no legal argument.  For example, it does not apply the *Eitel* factors.  *See Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986).  Thus, the Court DENIES the motion without prejudice.

DATED this 2nd day of April, 2026.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

JUDGMENT – 2:25-cv-01526-JHC
Page 1 of 1