UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO.    2:25-cv-01526-JHC |
| Plaintiff, | |
| v. | ORDER RE: DEFAULT JUDGMENT |
| CHOOLJIAN BROS. PACKING CO., INC., a California corporation, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Amended Motion and Memorandum for Entry of Default Judgment.  Dkt. # 10.  For the reasons presented by Plaintiff, including its application of the *Eitel* factors, the Court GRANTS the motion.  The Court ORDERS as follows:

Plaintiff is to be awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 431, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period May 2025 and June 2025:  for

liquidated damages of $1,333.97, for pre-judgment interest of $111.14, for attorneys' fees of $1,047.00, and for costs of $530.00, all for a total of $3,022.11.

DATED this 3rd day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE